UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Guillermo,

                Plaintiff(s),

      -against-

Daniels, et al.

                Defendant(s).
--------------------------------------------------------X

**ORDER**

7:19-CV-06345 (CS)

<u>Seibel, J.</u>

    As directed on the record on August 28, 2020, the Clerk of Court is respectfully directed to amend the case caption to reflect that Plaintiff's name is Guillermo Wallace, not Wallace Guillermo.

    **SO ORDERED.**

Dated: September 2, 2020
      White Plains, New York

*Cathy Seibel*
_____
Cathy Seibel, U.S.D.J.