UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GUILLERMO C. WALLACE,

                19 Civ. 6345 (CS)

       Plaintiff,

                [~~PROPOSED~~] ORDER
                AUTHORIZING
                THE DEPOSITION OF
                INCARCERATED PLAINTIFF

       -Against-

CORRECTION OFFICER MATTIAS, *et. al.*,

       Defendants.
------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Guillermo C. Wallace DIN 18-A-1359 by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and the Superintendent of the correctional facility where he is then located.

      Plaintiff is advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing this action. *Defendant's counsel shall provide a copy of this Order to Plaintiff*

Dated: __December 16__, 2020

                                          SO ORDERED.

                                          _/s/ Cathy Seibel_
                                          Hon. Cathy Seibel
                                          United States District Judge